```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO GONCALVES VIEIRA,

    Plaintiff,

    -against-

CVS HEALTH CORPORATION, MATAARR SAJAW, AND SANJA HOPPER,

    Defendants.

Case No. 7:25- cv-05842

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING CONCLUSION OF ARBITRATION**

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings Pending Conclusion of Arbitration. Upon consideration of the Joint Motion, the Court hereby **GRANTS** the Joint Motion. The Court hereby stays all proceedings in this matter pending the conclusion of the Parties' arbitration proceedings and the parties are directed to provide the Court with a joint status update every 90 days, the first to occur on January 16, 2026. The Clerk of Court is kindly requested to terminate the motion at ECF No. 6.

    SO ORDERED this  16  day of  October , 2025.

White Plains, NY

_____
Judge, U.S. District Court for the
Southern District of New York

Distribution List:

To all registered counsel by CM/ECF